FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 18 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JULIO VELASQUEZ, pro se,　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　03-CV- 198 (DLI)
　　　　　　　Plaintiff,

　　-against-

COUNTY OF SUFFOLK, POLICE OFFICER
DOUGLAS NASSISI,

　　　　　　　　　　Defendant.
-------------------------------------------------------------X

　　　　An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 16, 2006, dismissing the action for failure to prosecute; it is

　　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the action is dismissed for failure to prosecute.


Dated: Brooklyn, New York
　　　　August 16, 2006

　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court